Roy D. Cole (8515)
**COLE LAW OFFICE LLC**
2562 Monroe Blvd.
Ogden, Utah 84401
Tel: (801) 334-9537
attyroydcole@gmail.com

*Attorney for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| United States of America,<br>    *Plaintff*,<br><br>v.<br><br>Daniel Fry,<br>    *Defendant*. | **STIPULATED ORDER ON MOTION TO CONTINUE JURY TRIAL AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Civil No.: 1:20-CR-00123<br>Honorable: Jill N. Parrish<br>Magistrate Judge: Daphne A. Oberg |

BASED UPON the Stipulated Motion of the Defendant, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The current jury trial date of March 8, 2021, is stricken and that the matter is reset for a jury trial on _____, 2021, at _____ .m..

2. The Court finds that the interests of justice outweigh the interests of the Defendant and the public in a speedy trial. The Court finds that the continuance is necessary to insure adequate preparation by defense counsel under the circumstances of this case.

IT IS FURTHER ORDERED that the intervening time between March 8, 2021, and the newly fixed jury trial date is excluded under the Speedy Trial Act, 18 U. S. C. § 3161(h)(7)(A) and (B).

DATED this 2nd day of March, 2021.

BY THE COURT:

_____
Jill N. Parrish
U. S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

On March 2, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing ORDER ON STIPULATED MOTION TO CONTINUE JURY TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT was sent by the following method(s) to the following individual(s):

United States District Court — CM/ECF Filing system

Aaron B. Clark — *Attorney for Plaintiff* — CM/ECF Filing system
ASST. UNITED STATES ATTORNEY

/S/ Sherry Barker_____
Sherry Barker
Paralegal to Roy D. Cole

*State of Utah v. Fry*
Civil No. 1:20-cr-00123                    Page 2 of 2                    Order on Motion to Continue
                                                                          COLE LAW OFFICE LLC for *Defendant*