IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br><br>DANIEL FRY<br>Defendant(s). | Case No. 1:20cr123 JNP<br><br>**CONSENT TO ENTRY OF PLEA OF GUILTY BEFORE THE MAGISTRATE JUDGE AND ORDER OF REFERENCE** |

Pursuant to 28 U.S.C. § 636(b)(3), the defendant, DANIEL FRY, after consultation and agreement with counsel, consents to United States Magistrate Judge JARED C. BENNETT accepting defendant's plea of guilty and to the Magistrate Judge conducting proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The defendant also acknowledges and understands that sentencing on his plea of guilty will be before the assigned District Judge after a pre-sentence investigation and report, and compliance with Fed.R.Crim.P. 32.

The United States, by and through the undersigned Assistant United States Attorney, consents to the Magistrate Judge conducting plea proceedings pursuant to Fed.R.Crim.P. 11, and accepting the defendant's plea of guilty as indicated above, pursuant to such proceedings.

DATED this _13th_ day of December, 2021.

_____
Defendant

_____
Attorney for Defendant

AARON CLARK  Digitally signed by AARON CLARK
Date: 2021.12.14 10:12:22 -07'00'
_____
Assistant United States Attorney

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(3), and the consent of the parties above mentioned, including the defendant,

**IT IS HEREBY ORDERED** that United States Magistrate Judge JARED C. BENNETT shall hear and conduct plea rendering under Fed.R.Crim.P. 11, and may accept the plea of guilty from the defendant pursuant thereto after full compliance with Fed.R.Crim.P. 11.

Dated this 13th day of December, 2021.

BY THE COURT:

_____
Jill N. Parrish
United States District Judge